AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | | |
|---|---|---|
| United States of America<br>v.<br>CASEY LEE HILDEBRAND<br><br>Defendant(s) | ) ) ) ) ) ) ) ) | Case No.<br>4:17-MJ-329 |

RECEIVED 2017 JUL 12 AM 11: 16 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF IOWA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 1, 2017__ in the county of __Polk__ in the __Southern__ District of __Iowa__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(A) | Possession with intent to distribute methamphetamine |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Patrick Waymire, Special Agent, ATF
Printed name and title

Sworn to before me and signed in my presence.

Date: 07/12/2017

_____
Judge's signature

City and state: Des Moines, Iowa

Helen C. Adams, Chief U.S. Magistrate Judge
Printed name and title