IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT** | Case No. 4:17-MJ-329<br><br>[FILED UNDER SEAL] |

I, Patrick Waymire, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent (SA) with the Iowa Division of Narcotics Enforcement (DNE), and have been so employed since 2001. I am currently assigned as a Task Force Officer with the Federal Bureau of Alcohol Tobacco and Firearms (ATF). Prior to my assignment with the DNE, I was an Iowa State Trooper for approximately four and a half years, and was a Gaming Enforcement Officer involved in the enforcement of the state gambling laws with the Iowa Division of Criminal Investigation for a year and a half. During my law enforcement career, I have participated in numerous investigations involving the unlawful distribution of narcotics in violation of federal and state laws, which have led to arrests, convictions of violators, and seizures of narcotics and proceeds gained from illegal activity. In the course of my duties, I have conducted or participated in physical and electronic surveillance, undercover transactions, the execution of search warrants, debriefing of informants, interviews of witnesses, reviews of tape-recorded conversations involving drug trafficking activities, and analyses of telephone toll records and other records kept by or relating to drug traffickers. I have attended the federal Drug Enforcement Administration Conspiracy and Complex Investigation Course, and the Basic Asset Forfeiture Course, both involving techniques used to dismantle large scale drug organizations.

1

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

3. Based on the facts set forth in this affidavit, there is probable cause to believe that Casey Lee HILDEBRAND has committed a violation of Title 21, United States Code, Section 841(a)(1) (possession with intent to distribute methamphetamine).

## PROBABLE CAUSE

4. In May 2017, Des Moines Police Department (DMPD) Narcotics Investigator Jason Noble received information from a confidential source ("CS#1") that Casey HILDEBRAND ("HILDEBRAND") was involved in the distribution of pound quantities of methamphetamine.[1] CS#1 also advised Investigator Noble that HILDEBRAND had a storage unit located at 3800 East University Avenue that contained methamphetamine and firearms.

5. On or about June 1, 2017, Investigator Noble began performing surveillance on a silver, 2004 Chevrolet Cavalier being operated by HILDEBRAND. Surveillance observed HILDEBRAND's vehicle pull into the East University Avenue Self Storage located at 3800 East University Avenue in Des Moines. Investigator Noble had previously determined HILDEBRAND's driver's license was "barred as a habitual offender."

6. Investigator Noble and several other investigators observed HILDEBRAND to be parked in front of unit F15 within the storage unit complex. Investigator Noble made contact with

---

[1] CS#1 is a paid informant who has no significant criminal history. CS#1 has provided truthful, reliable, and verifiable information in the past and CS#1's information with respect to this investigation was corroborated by the subsequent search of the storage facility.

HILDEBRAND as he was observed closing unit F15. HILDEBRAND subsequently provided written and verbal consent to search both of his storage units within the complex.

7. Assisting investigators subsequently searched unit F15 and found an estimated 1,965 grams of methamphetamine. Investigators further searched HILDEBRAND's Chevrolet Cavalier and found it to contain an additional estimated 211 grams of methamphetamine concealed within the dashboard and floorboard.

8. HILDEBRAND was advised of his *Miranda* rights and agreed to speak with law enforcement officers. HILDEBRAND advised Investigator Noble that he possessed about three pounds (3 lbs.) of methamphetamine within one of his storage units. This affiant knows, in his training and experience, that 2,176 grams of methamphetamine is consistent with a distribution quantity of methamphetamine and wholly inconsistent with personal use.

## CONCLUSION

9. Based upon the foregoing facts, there is probable cause to believe that Casey Lee HILDEBRAND has committed a violation of Title 21, United States Code, Section 841(a)(1).

I further state and declare that all of the statements and information contained herein are true and correct to the best of my knowledge, information and belief.

Patrick Waymire, Special Agent/TFO
Iowa Division of Narcotics Enforcement
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Subscribed and sworn to before me this 12th day of July, 2017.

Helen C. Adams
Chief United States Magistrate Judge