# United States District Court for the Southern District of Iowa

Presiding: Honorable
Criminal No. : Clerk's Court Minutes – Initial Appearance/Arraignment

United States of America vs.

| | | |
|---|---|---|
| Gov. Atty(s): | : | Indictment   Superseding Indictment   Information |
| Def. Atty(s): | : | Complaint   Warrant |
| Court Reporter: | : | Code Violation/Offense: |
| Interpreter: | : | |

Date: :
Time Start:   Time End: :

## Initial Appearance

☐ Defendant Advised of Rights
Representation:   Appointed FPD   Appointed CJA   Retained Counsel
Next Court Event:   Preliminary   Arraignment   Removal Hearing
   Set for:

## Arraignment

| | | |
|---|---|---|
| Trial Scheduled for: | : | Advised of Charges/Maximum Penalties |
| Rule 16 Material due: | : | Indicted in True Name |
| Reciprocal Discovery due: | : | True Name: |
| Pretrial Motions due: | : | Reading of Indictment Waived |
| Plea Notification Deadline: | : | Plea of Not Guilty Accepted as to Ct(s): |
| Plea Entry Deadline: | : | Denied Forfeiture |

## Custody Status

☐ Government Moved for Detention     Detention Hearing Set:
Court Ordered Defendant:   Released on Bond   Detained

Minutes:

_____
Deputy Clerk