

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:17-CR-137 |
| v. | INDICTMENT |
| | T. 18 U.S.C. § 922(g)(3) |
| CASEY LEE HILDEBRAND, | T. 18 U.S.C. § 924(a)(2) |
| | T. 18 U.S.C. § 924(d) |
| Defendant. | T. 21 U.S.C. § 841(a)(1) |
| | T. 21 U.S.C. § 841(b)(1)(A) |

**THE GRAND JURY CHARGES:**

### COUNT 1
**(Possession with Intent to Distribute Methamphetamine)**

On or about June 1, 2017, in the Southern District of Iowa, the defendant, CASEY LEE HILDEBRAND, did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 2
**(Unlawful Drug User in Possession of Firearms)**

On or about June 1, 2017, in the Southern District of Iowa, the defendant, CASEY LEE HILDEBRAND, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting interstate commerce, the following firearms and ammunition:

1. S.W.D. Inc Cobray, Model SS (Street Sweeper), 12 gauge shotgun, S/N: 16087
2. Smith Wesson, Model M&P-15, .223 caliber rifle, S/N: TE84731
3. Tennessee Guns International, FPK Dragunov, 7.62X54R caliber rifle, S/N: L4798

1

4. Norinco, Model SKS, 7.62X39 caliber rifle, S/N: 18019664J
5. Assorted ammunition.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

**THE GRAND JURY FURTHER FINDS:**

## NOTICE OF FORFEITURE

Upon conviction for the offenses alleged in Count 2 of this Indictment, the defendant, CASEY LEE HILDEBRAND, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), the firearms and ammunition involved in the commission of said offenses in Count 2 of this Indictment.

**A TRUE BILL.**

/s/
FOREPERSON

Kevin E. VanderSchel
United States Attorney

By: /s/ Mikaela J. Shotwell
Mikaela J. Shotwell
Assistant United States Attorney