# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF IOWA

## Sealed Petition for Warrant for Defendant Under Pretrial Supervision

**Name of Defendant:** Casey Lee Hildebrand     **Case Number:** 4:17-cr-00137-001

**Name of Judicial Officer:** Helen C. Adams, Chief U.S. Magistrate Judge

**Charge:** 21 U.S.C. § 841(a)(1), (b)(1)(A) – Possession with Intent to Distribute Methamphetamine
18 U.S.C. §§ 922 (g)(3), 924(a)(2) – Unlawful Drug User in Possession of Firearms

**Placed on Bond:** July 18, 2017

**Type of Bond:** Personal Recognizance

**Trial Date:** October 2, 2017

**Modification(s):** None

**Assistant U. S. Attorney:** Mikaela Shotwell     **Defense Attorney:** Joseph Herrold

## PETITIONING THE COURT

To issue a warrant

## CASE SUMMARY

The defendant was released on bond on July 18, 2017. Since that date, the defendant has tested presumptive positive for methamphetamine on July 24, 2017, and August 9, 2017. An information report was filed on the defendant on August 1, 2017. The defendant completed his Substance Abuse Evaluation on August 2, 2017 he completed his intake for Intensive Outpatient on August 10, 2017. The defendant is scheduled to complete his Mental Health Evaluation on August 14, 2017.

The Probation Office believes the defendant has violated the following condition(s) of Pretrial supervision:

| **Violation** | **Nature of Noncompliance** |
|---|---|
| 1. Drug Use | a) On August 1, 2017, the defendant appeared at the U.S. Probation Office to discuss employment and testing/treatment. On that same date, the defendant submitted a urinalysis which was negative for all illegal and prescription substances. |

b) On August 9, 2017, the defendant submitted a urinalysis presumptive positive for methamphetamine at Prelude Behavioral Services.

## U. S. Probation Officer Recommendation:

The term of Pretrial supervision should be:

Revoked

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 11, 2017

_Nick Davis_

Nick L. Davis
U.S. Probation Technician
Date: August 11, 2017

---

The United States Attorney's Office:

☒ Does not object to the proposed action.

☐ Objects but does not request a formal hearing be set.

☐ Objects and will petition the Court requesting that a formal hearing be set.

AUSA: Mikaela Shotwell　　　　　　Signature: _MShotwell_

---

THE COURT ORDERS:

☐ No action.

☒ The issuance of a warrant.

☐ The issuance of a summons, so that a hearing can be held on _____ at _____ .

☐ Other: _____

_Helen C. Adams_
**Signature of Judicial Officer**

August 11, 2017
**Date**