AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

RECEIVED
2017 AUG 11 PM 3:06
U.S. MARSHALS SERVICE
Southern District of Iowa

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 4:17-cr-00137 |
| Casey Lee Hildebrand | ) | |

*Defendant*

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Casey Lee Hildebrand ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☑ Order of the Court

This offense is briefly described as follows:

Violation of Conditions of Pretrial Release

Date:  08/11/2017

City and state:  Des Moines, Iowa

WARRANT ISSUED
JOHN S. COURTER, Clerk
By: [signature]
DEPUTY CLERK

*Issuing officer's signature*

Chief U.S. Magistrate Judge Helen C. Adams
*Printed name and title*

### Return

This warrant was received on *(date)* 8/11/17, and the person was arrested on *(date)* 8/15/17
at *(city and state)* Des Moines, IA.

Date: 8/15/17

[signature]
*Arresting officer's signature*

Logan Kline  SDUSM
*Printed name and title*