IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 4:17-cr-137 |
| | ) | |
| v. | ) | |
| | ) | DEFENDANT'S UNRESISTED MOTION |
| CASEY LEE HILDEBRAND, | ) | TO CONTINUE TRIAL AND TO |
| | ) | EXTEND THE DEADLINE |
| Defendant. | ) | FOR FILING PRETRIAL MOTIONS |

Defendant Casey L. Hildebrand, through counsel, moves for a continuance of the trial currently scheduled for October 2, 2017, and an extension of the deadline for filing pretrial motions. In support of this motion, counsel states as follows:

1. The defendant is charged in a two-count indictment alleging violations of 18 U.S.C. §§ 922(g)(3), 924(a)(2), 924(d) and 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A). The indictment also contains a Notice of Forfeiture.

2. More time is needed to investigate this case and for plea negotiations.

3. Counsel for the government, Assistant U.S. Attorney Mikaela Shotwell, has indicated that she does not resist this motion.

4. Because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial, the period would be excludable time for speedy trial purposes.

5. The defendant is currently detained at the Polk County Jail.

6. Trial in this matter has not previously been continued. This is the first motion to continue trial filed in this case.

WHEREFORE, defendant Casey L. Hildebrand requests a continuance of the current trial date to December 2017, and a corresponding extension of the deadline to file pretrial motions.

>Respectfully Submitted,
>
>*/s/ Joseph Herrold*
>Joseph Herrold, Asst. Federal Defender
>FEDERAL PUBLIC DEFENDER'S OFFICE
>400 Locust Street, Suite 340
>Des Moines, Iowa 50309-2353
>PHONE: (515) 309-9610
>FAX: (515) 309-9625
>E-MAIL: joe_herrold@fd.org
>ATTORNEY FOR THE DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2017, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

>*/s/ Morgan Conn*, Paralegal