IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CASEY LEE HILDEBRAND,<br><br>Defendant. | No. 4:17-cr-137-RGE-HCA<br><br>**CRIMINAL TRIAL SETTING ORDER** |

Trial in this matter will commence on **Monday, December 11, 2017, at 9:00 AM**, at the United States Courthouse, Des Moines, Iowa. Counsel and Defendant shall appear at 8:30 a.m. each morning of trial to discuss matters likely to arise that day.

In preparation for trial, the Court states the following:

1. Plea Deadline: In order to afford all parties as much notice and opportunity to be as prepared for trial as possible, Defendant is put on notice that a plea of guilty must be entered **by November 27, 2017** in order for the Court to grant the additional one-level decrease for acceptance of responsibility provided for under USSG §3E1.1(b). Once that date has passed, the Court will not grant the additional one-level decrease, barring exceptional circumstances.

2. Pretrial Conference: A Pretrial Conference before the trial judge will be held at **3:45 PM, on Wednesday, December 06, 2017**, at the United States Courthouse in Des Moines, Iowa. All motions on file will be addressed at this hearing. Trial counsel and Defendant must attend in person.

3. Submissions to the Court: The following shall be submitted by email to the trial judge's judicial assistant and copied to opposing counsel, unless otherwise noted.

   a. *Motions in Limine:* Motions in limine, including motions challenging the admission of any audio and/or videotape, must be filed on CM/ECF no later than fourteen days prior to

trial. Upon filing, the custodian of any evidence being challenged shall immediately deliver a copy of the contested evidence to the Court for review. Resistances shall be filed within five days after the filing of motions.

 *b. Trial Briefs:* Trial briefs shall be filed on CM/ECF seven days prior to trial. Trial briefs shall contain a brief recitation of the facts of the case and notify the Court of all novel, unusual, or complex legal, factual, or procedural issues reasonably anticipated to arise at trial.

 *c. Witness List:* Each party shall submit a witness list in Word format seven days prior to trial. The list shall indicate the order in which the party intends to call witnesses. The parties have an ongoing obligation to update their witness list, in the event the list changes after initial submission and exchange. In the event a party does not intend to produce witnesses at trial, in lieu of providing a witness list, such party shall notify the Court that it does not intend to present witnesses.

 *d. Exhibit List and Exhibits:* Each party shall submit an exhibit list in Word format seven days prior to trial. The parties have an ongoing obligation to update their exhibit list, in the event the list changes after initial submission and exchange. The parties shall each provide the Court with a tabbed, three-ring binder containing copies of all of that party's exhibits no later than the Pretrial Conference. The binder shall include copies of any recordings on CD or DVD. If necessary, photographs or photocopies of contraband exhibits may be added to the binder the first morning of trial.

 *e. Proposed Jury Instructions, Verdict Forms, and Interrogatories:* At least seven days prior to trial the parties shall file on CM/ECF joint written proposed jury instructions, verdict forms, and/or interrogatories, and shall email a Word format version to the trial judge's judicial assistant. Each requested instruction, verdict form, and/or interrogatory shall be separately numbered, begin on a separate page, and be double-spaced. Disputed instructions

on the same issue shall be identified, for example, as 5A for the government's submission and 5B for the defendant's submission. At the bottom of each proposed instruction, verdict form, and/or interrogatory, the parties must indicate the legal authority upon which it is based, such as a model instruction number, statute, regulation, decision, or other authority. All pattern instructions must be submitted in full text form with case-specific modifications, such as the name of a party or witness or alternative language applicable.

4. <u>Voir Dire</u>: The Court will first conduct voir dire of the prospective jurors. The Court will then permit each side thirty minutes for voir dire. Counsel for the government will exercise its peremptory challenges one at a time. Counsel for the defendant will exercise its peremptory challenges two at a time.

5. <u>Evidence</u>: If digital or other specially recorded images are admitted into evidence during the course of the trial, a copy shall be provided in a format that can be replayed on a standard VCR or DVD player by the jury during their deliberations. All contraband exhibits will be replaced by photographs or photocopies of the exhibits when sent with the jury during deliberations.

6. <u>Closing Arguments:</u> Closing arguments shall not exceed sixty minutes per party, inclusive of rebuttal. Time for rebuttal shall not exceed the amount of time used in the initial closing argument.

7. <u>Subpoenas and/or Writs:</u> Any subpoenas and/or writs must be provided to the United States Marshal's Service pursuant to Local Rule 17.

8. <u>Defendant's Clothing:</u> It is defense counsel's responsibility to ensure that Defendant has suitable street clothes to wear at the time of trial. These clothes, whether provided by family members or defense counsel, shall be delivered to the United States Marshal's Service at least one business day prior to trial.

**IT IS SO ORDERED.**

Dated this 14th day of September, 2017.

Helen C. Adams
Chief U.S. Magistrate Judge