Jan. 10, 2018

Dear Judge Ebinger,

I dont know how things got to this point. I may never understand it. Why would someone take the chance of throwing away their life?

I've went through several emotions. At first I blamed myself as a parent. It caused me to reflect back and wonder if there was something more I could have done.

I'm Shelly, Casey's Mother. I am angry, I am saddened and I am stunned.

Addition is ugly. Unfortunately addiction has plagued Casey for most of his adult life. I'm not blaming this entirely on addiction. Although it did play a huge roll in where he is today.

I'm also not an expert on addiction. What I do know, is that it turns a person into someone they truly are not.

When Casey was clean and sober, life was good. Casey worked his way up to a management position. He wore a tie to work. Casey roofed my garage in 100° August weather. And made other repairs so I could sell my house. Casey helped his grandmother put up her Christmas tree every year. Did her lawn work and cleaned her gutters. That's just a fraction of the good. That's the Casey we know.

Casey called at Christmas and we passed the phone around. Then I realized he may never be in another family photo.

Casey is going to be a grandfather for the first

time this year. And he wont get to be a part of that.
 I dont want him to miss out on life. The thought of his life being over is unbareable.
 I fully understand the severity of what Casey has done. The decision is going to effect more than just Casey's life. It will effect our entire family.
 I'm terrified of the outcome. I'm hoping and praying for the best outcome possible.

Sincerely,
Shelly Hildebrand

