IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, v. CASEY LEE HILDEBRAND, Defendant. | No. 4:17-cr-000137 **SENTENCING HEARING EXHIBIT LIST** |
|---|---|

## GOVERNMENT EXHIBITS

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |

## DEFENSE EXHIBITS

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| A | Letter | X | X |  | X |  |  | 1/19/2018 |

I = Identified;  O = Offered;  Obj = Objection;  R = Received;  RSO = Received subject to objection;  OS = Objection sustained;  PT = Admitted by pretrial order