IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Criminal No. 4:17-cr-00137 |
| v. | ) |
| | ) |
| CASEY LEE HILDEBRAND, | ) |
| | ) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE

Upon review of the United States' Motion for Final Order of Forfeiture, the Court finds:

1. A Preliminary Order of Forfeiture was entered forfeiting certain property.

2. The United States caused to be published on the official government internet site notice of forfeiture of the property included in the Preliminary Order of Forfeiture. No claims were filed and the time to file any claims has run.

**IT IS ORDERED, ADJUDGED AND DECREED** that the following property is hereby forfeited to the United States:

   a. An S.W.D. Inc. Cobray Model SS (Street Sweeper) 12 gauge shotgun (SN: 16087);
   b. A Smith Wesson Model M&P-15 .223 caliber rifle (SN: TE84731);
   c. A Tennessee Guns International FPK Dragunov 7.62X54R caliber rifle (SN: L4798);
   d. A Norinco Model SKS 7.62X39 caliber rifle (SN: 18019664J); and
   e. Assorted ammunition.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law.

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

**IT IS SO ORDERED**.

_____
REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE